```
                                                        FILED
                                                        3/20/23 10:09 am
                                                        CLERK
                                                        U.S. BANKRUPTCY
                                                        COURT - WDPA
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| DOUGLAS D. HAILS & | ) Case No. 19-22492-GLT |
| LYNN H. HAILS, | ) |
| | ) **Chapter 13** |
| Debtor(s). | ) |
| | ) Related to 17, 40 |
| _____ | X |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by:  _____

☐    a motion to lift stay
       as to creditor       _____

☐    Other:            _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated July 12, 2019
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $1669 to $2528 per <u>month,</u> effective 4/23; and/or the Plan term shall be changed from ___ months to ____ months.            .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 40) is treated as resolved by this Order.
➢ Peoples Gas to be paid per Order 2-8-23 (Doc 46) as a priority administrative claim.
➢ Unsecured creditors to be paid 100% of timely filed claims.

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further

-2-

notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 20th day of March, 2023.

_____      jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

/s/ Corey J. Sacca                                      /s/ Owen Katz
Counsel to Debtor                                   Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22492-GLT |
| Douglas D. Hails | Chapter 13 |
| Lynn H. Hails | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas D. Hails, 41 Nancy Drive, Jeannette, PA 15644-1089 |
| jdb | + | Lynn H. Hails, 41 Nancy Drive, Jeannette, PA 15644-1089 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2023 00:15:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 21 2023 00:15:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 21 2023 00:15:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 21 2023 00:15:00 | The Bank of New York Mellon, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15075035 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2023 00:15:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15082237 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2023 00:15:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15107913 | | Email/Text: G06041@att.com | Mar 21 2023 00:15:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15075036 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 21 2023 00:15:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15089660 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2023 00:15:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15075037 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2023 00:15:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15075038 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2023 00:15:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15111851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2023 00:15:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15102853 | + | Email/Text: ebnpeoples@grblaw.com | Mar 21 2023 00:15:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15075076 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2023 00:14:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 15099830 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
|---|---|---|---|---|
| | | | Mar 21 2023 00:15:00 | THE BANK OF NEW YORK MELLON, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor The Bank of New York Mellon cwohlrab@raslg.com

Corey J. Sacca
    on behalf of Joint Debtor Lynn H. Hails csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
    on behalf of Debtor Douglas D. Hails csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Laurence A. Mester
    on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor The Bank of New York Mellon smncina@rascrane.com

TOTAL: 10