**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOUGLAS D. HAILS<br>LYNN H. HAILS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-22492 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 06/21/2019  and confirmed on 08/23/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,428.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,423.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 4,000.00 | |
| 　Trustee Fee | 4,422.73 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,422.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　BANK OF NEW YORK MELLON-TRUSTEE | 0.00 | 38,073.64 | 0.00 | 38,073.64 |
| 　　Acct: 7411 | | | | |
| 　BANK OF NEW YORK MELLON-TRUSTEE | 16,652.29 | 7,967.31 | 0.00 | 7,967.31 |
| 　　Acct: 7411 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 27,296.63 | 27,296.63 | 4,214.69 | 31,511.32 |
| 　　Acct: 2931 | | | | |
| | | | | 77,552.27 |
| **Priority** | | | | |
| 　COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DOUGLAS D. HAILS | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DOUGLAS D. HAILS | 5.00 | 5.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　BONONI & COMPANY PC | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,448.00 | 0.00 | 2,448.00 |
| 　　Acct: 0976 | | | | |

| 19-22492 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 2,448.00 |
| Unsecured | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5552 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 533.89 | 0.00 | 0.00 | 0.00 |
| Acct: 7584 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 468.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5433 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 271.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6343 | | | | |
| LVNV FUNDING LLC | 342.49 | 0.00 | 0.00 | 0.00 |
| Acct: 6788 | | | | |
| LVNV FUNDING LLC | 308.02 | 0.00 | 0.00 | 0.00 |
| Acct: 5731 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,630.38 | 0.00 | 0.00 | 0.00 |
| Acct: 8204 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 449.54 | 0.00 | 0.00 | 0.00 |
| Acct: 4589 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5228 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2931 | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 80,000.27 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 43,948.92 | |
| UNSECURED | 4.004.13 | |

Date: 08/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com